**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHARLES E. McDONALD | Case No. 2:19-cv-00192-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER EXTENDING STAY** |
| D. PRATER, et al., | |
| Defendants. | |

This case was referred to the Court's Inmate Early Mediation Program ("IEM") on July 21, 2020 (ECF 10) and was stayed for ninety (90) days to October 19, 2020, to allow Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the mediation session with a court-appointed mediator cannot be held until November 6, 2020. The Court now extends the stay until November 9, 2020, two days after the scheduled IEM. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, IT IS HEREBY ORDERED that the stay is extended until November 9, 2020, two days after the IEM. The Office of the Attorney General shall file the report form regarding the results of the stay by that date.

Dated this 20th day of August, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE