# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES E. McDONALD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. PRATER, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-00192-RFB-EJY<br><br>**ORDER** |

On October 27, 2020, the Court entered an Order advising Plaintiff that Local Rule 1A 3-1 requires him to file with the Court any change in address, as well as his telephone number and email address, so that Plaintiff may be properly contacted by the opposing party and the Court as needed. ECF No. 17. The Order granted Plaintiff 30 days to provide his email address and telephone number as required by the Local Rule. To date, Plaintiff has provided a mailing address, but Plaintiff has not complied with the October 27, 2020 Court Order as he has failed to provide an email address or telephone number to the Court and opposing counsel.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file a notice with the Court, serving the notice on opposing counsel, providing his current email address and telephone number no later than **December 30, 2020**; provided, however, that if Plaintiff does not have an email address of telephone number, Plaintiff must file a notice so stating.

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this Order shall result in the Court issuing an Order to Show Cause why Plaintiff should not be sanctioned for contempt of court. Plaintiff is advised that the Court is empowered to issue sanctions including, but not limited to, an adverse inference, an adverse jury instruction or the striking of Plaintiff's Complaint.

DATED this 30th day of November, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE